# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. LEE,

      Plaintiff,

v.

PETER HO, et al.,

      Defendants.

2:12-CV-884 JCM (GWF)

**ORDER**

Presently before the court is plaintiff Robin M. Lee's motions for default judgment. Docs. #4 and #7. The defendants have not responded.

Default judgment is appropriate "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise. . ." Fed. R. Civ. P. 55. Obtaining a default judgment entails two steps: "first, the party seeking a default judgment must file a motion for entry of default with the clerk of a district court by demonstrating that the opposing party has failed to answer or otherwise respond to the complaint, and, second, once the clerk has entered a default, the moving party may then seek entry of a default judgment against the defaulting party." *See UMG Recordings, Inc. v. Stewart*, 461 F. Supp. 2d 837, 840 (S.D. Ill. 2006). Where a party has not been properly served, there is not basis for a court to enter default judgment. *See Fairly v. Potter*, 2003 WL 402261, *4 (N.D. Cal. 2003).

Here, plaintiff Lee has not filed for entry of clerk's default. Accordingly, the motion for default judgment should be denied as premature. Moreover, the record before this court does not

**James C. Mahan**
**U.S. District Judge**

reflect that any of the defendants have been served.  As such, there is no basis for the entry of default judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motions for default judgment (docs. #4 and #7) be, and the same hereby is, DENIED.

DATED June 26, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**