# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN M. LEE,<br><br>        Plaintiff,<br><br>v.<br><br>PETER HO, et al.,<br><br>        Defendants. | 2:12-CV-884 JCM (GWF) |

**ORDER**

Presently before the court is plaintiff Robin M. Lee's motion for entry of clerk's default. Doc. #8.

As the court explained in its previous order denying default judgment, the record before this court does not reflect that any of the defendants have been served. As such, there is no basis for the entry of default judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for entry of clerk's default (doc. #8) be, and the same hereby is, DENIED.

DATED July 9, 2012.

                                                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**