1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN M. LEE, | 2:12-CV-884 JCM (GWF) |
| Plaintiff(s), | |
| v. | |
| PETER HO, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is the matter of *Lee v. Ho, et al.,* case no. 2:12-cv-884-JCM-GWF. Acting *pro se*, plaintiff Robin M. Lee has filed the instant motion of objection (doc. # 28) and motion for an order of default judgment (doc. # 26).

On September 27, 2013, this court entered an order denying plaintiff's motion for leave to amend. (Doc. # 27). In that order, the court again reiterated that the complaint had been dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). (*Id.*). The court notified plaintiff for the *seventh* time that the docket does not reflect that the defendants have been served. (*Id.*). The court again denies plaintiff's motion for default judgment (doc. # 26) for this reason.

With respect to his objections (doc. # 28), plaintiff has provided no legitimate basis on which this court may overrule its prior order (doc. # 27). In fact, plaintiff's objections are largely incoherent, and the court cannot discern what, specifically, plaintiff is even objecting to.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for an order of default judgment (doc. # 26) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that plaintiff's motion of objection (doc. # 28) be, and the same hereby is, DENIED.

DATED February 25, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -